An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH ANDREW PALMER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62445

FILED

FEB 11 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of trafficking in a controlled substance and allowing a child to be present where USCA violated. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

We lack jurisdiction to consider this appeal because the notice of appeal was filed three days after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A). See Lozada v. State, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Douglas W. Herndon, District Judge
James C. Gallo, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Kenneth Andrew Palmer

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04331